**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6030**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES ANDREW JONES,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-95-78, CA-97-777)

---

Submitted: May 28, 1998          Decided: June 10, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

James Andrew Jones, Appellant Pro Se. Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Andrew Jones seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Jones</u>, Nos. CR-95-78; CA-97-777 (W.D. Va. Nov. 21, 1997). Our decision intimates nothing about the retroactivity of the one-year limitations period imposed by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C.A. § 2255 (West Supp. 1998), because Appellant filed this action over one year after the effective date of the statute. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>